UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No. 6:21-cv-1390-WWB-DCI

BRENDA REYES and LINDA
DISTEFANO,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Award of Attorney's Fees (Doc. 33). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 35), in which he recommends that the Motion be granted, and that Plaintiff be awarded $3,155.00 in attorney's fees from the interpleaded funds.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Award of Attorney's Fees (Doc. 33) is **GRANTED** and Hartford Life and Accident Insurance Company is awarded $3,155.00 in attorney's fees.

3. The Clerk is directed to disperse that sum to Hartford Life and Accident Insurance Company from the interpleaded funds.

4. Thereafter, the Clerk shall terminate Hartford Life and Accident Insurance Company as a party to this litigation and restyle this case as Brenda Reyes, Plaintiff, versus Linda DiStefano, Defendant.

**DONE AND ORDERED** in Orlando, Florida on January 25, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2