**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRENDA REYES,

        Plaintiff,

v.                                        Case No.: 6:21-cv-1390-WWB-DCI

LINDA DISTEFANO,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Summary Judgment (Doc. 72). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 81), in which he recommends that the Motion for Summary Judgment be granted. Thereafter, Defendant filed a Motion to Release Life Insurance Funds (Doc. 83) and Amended Motion to Release Life Insurance Funds (Doc. 85). It is unclear if these filings were intended to be objections to the Report and Recommendation but, to the extent they were, they fail to state with particularity the findings with which Defendant disagrees or the basis for her disagreement. *Kohser v. Protective Life Corp.*, 649 F. App'x 774, 777 (11th Cir. 2016) (citing *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). The court will not consider "[f]rivolous, conclusive, or general objections." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) (citation omitted). Thus, insofar as the filings are intended as objections, they are overruled. In all other respects, the Court agrees entirely with the analysis in the Report and Recommendation.

        To the extent Defendant's filings were intended as independent motions, the filings fail to set forth a legal or factual basis for the requested relief and are denied.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 81) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Summary Judgment (Doc. 72) is **GRANTED**.

3. Defendant's Motion to Release Life Insurance Funds (Doc. 83) and Amended Motion to Release Life Insurance Funds (Doc. 85) are **DENIED**.

4. The Clerk is directed to enter judgment in favor of Brenda Reyes with respect to the interpleaded funds, to disburse said funds to Brenda Reyes, and to thereafter close this case.

**DONE AND ORDERED** in Orlando, Florida on June 9, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party